**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00624-CV
_____

## IN THE MATTER OF THE MARRIAGE OF EDWARD A. LANE AND JAMES S. MCCORMICK

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. CCL-8499**

## ORDER

The notice of appeal in this case was filed August 8, 2019. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On December 5, 2019, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that has made arrangements to pay for the clerk's record on or before January 29, 2020. *See* Tex. R. App. P.

35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

## PER CURIAM

Panel consists of Justices Zimmerer, Spain and Hassan.